In the Matter of the Claim of ROBERT LOUNSBURY, Respondent, v. UNITED STATES GYPSUM COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— GIBSON, P. J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Gibson, P. J.